◼ RICARDO LIGUORI et al., Appellants, v DAVID HAYES, Individually and as Zoning and Building Inspector for Town of Bristol, et al., Respondents. [749 NYS2d 920] —Appeal from an order of Supreme Court, Ontario County (Henry, Jr., J.), entered December 7, 2001, which, inter alia, dismissed the amended complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Supreme Court, Ontario County, Henry, Jr., J. Present—Pigott, Jr., P.J., Green, Scudder, Burns and Gorski, JJ.